Mathew K. Higbee, Esq.
IL Bar No. 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr. Suite #112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com

Attorney for Plaintiff,
GAVIN O'NEILL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GAVIN O'NEILL,<br><br>                    Plaintiff,<br><br>v.<br><br>COCO MARIE'S LASH & WAX STUDIO LLC; KAILEY HENRY, individually; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No. **23-cv-2369**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff GAVIN O'NEILL, by and through his undersigned counsel, brings this Complaint against Defendant COCO MARIE'S LASH & WAX STUDIO LLC; KAILEY HENRY, individually; and DOES 1 through 10, inclusive, and alleges as follows:

### NATURE OF THE ACTION

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

### PARTIES

2.      Plaintiff Gavin O'Neill ("O'Neill") is an individual and professional photographer.

1

3. Upon information and belief, Defendant CoCo Marie's Lash & Wax Studio LLC ("CoCo Lash") is a limited liability company duly organized and existing under the laws of Illinois with a business address of 23819 W Mill St., Unit 107, Plainfield, IL 60544.

4. Upon information and belief, Defendant Kailey Henry ("Henry") is an individual residing in the State of Illinois, and is or was at all relevant times the principal officer, owner, or member of the Defendant business entity named in this Complaint (CoCo Marie's Lash & Wax Studio LLC).

5. The true names and capacities of Defendants Does 1 through 10, inclusive, are presently unknown to Plaintiff, and for that reason, sues them by such fictitious names. Plaintiff is informed and believes that each of the fictitiously-named defendants is responsible in some capacity for the occurrences herein alleged, and on that basis, believes damages as herein alleged were proximately caused by the conduct of Does 1 through 10, inclusive. Plaintiff will seek to amend this complaint when the true names and capacities of Does 1 through 10, inclusive, are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously-named Defendants.

6. For the purposes of this Complaint, unless otherwise indicated, "Defendant" and "Defendants" include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

7. This Court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over Defendants because Defendants have a physical presence in the State of Illinois and/or Defendants transact business in the State of Illinois.

9. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and/or § 1400(a) in that this is the judicial district in which a substantial part of the

2

acts and omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated in this judicial district, and/or this civil action arises under the Copyright Act of the United States, and Defendants or their agents reside in or can be found in this judicial district.

## FACTUAL ALLEGATIONS

### *Plaintiff Gavin O'Neill*

10.     O'Neill is a highly successful freelance photographer specializing in hair and beauty photography. He often travels across the globe for his clients as well as personal projects that he funds to build his portfolio. O'Neill's social media following is substantial with over 140,000 followers on his Instagram account, @gavinoneillphoto.

11.     O'Neill creates and licenses his work for a fee. His work has been featured in top publications such as *Vogue, Marie Claire, Glamour, Cosmopolitan*, and *GQ*. Additionally, O'Neill's work has been used commercially by brands such as *Gillette, Olay, Garnier, KKW Beauty, L'Oreal, LUX, Rolls Royce*, and many more.

12.     O'Neill's livelihood depends on receiving compensation for the photographs he produces, and the copyright protection afforded to O'Neill's work deters would-be infringers from copying and profiting from his work without permission.

13.     O'Neill is the sole author and exclusive rights holder to a photograph of a female model with her hand and an orchid covering her genital area (the "Flower Photograph").

14.     Attached hereto as Exhibit A is a true and correct copy of the Flower Photograph.

15.     O'Neill registered the Flower Photograph with the United States Copyright Office under Registration Number VA 2-066-264 with an Effective Date of Registration of August 31, 2017.

### *Defendants Coco Marie's Lash & Wax, LLC and Kailey Henry*

16.     Upon information and belief, Defendant Coco Lash is beauty salon providing esthetician and eyelash extension services located in Plainfield, Illinois.

17.     Upon information and belief, Defendant Coco Lash maintains an Instagram page at https://www.instagram.com/cocolashwax/ under the handle @cocolashwax (Coco Lash Instagram Page).

18.     Attached as Exhibit B is a true and correct screenshot of the CoCo Lash Instagram Page under the handle @cocolashwax, including a link to book appointments at CoCo Lash.

19.     Upon information and belief, Defendant Coco Lash generates content on the Coco Lash Instagram Page to market and promote its services, attract user traffic and potential clients to the business, and increase its customer base and revenue for the company.

20.     Upon Information and belief, at all relevant times, the Coco Lash Instagram Page was readily accessible to the general public throughout Illinois, the United States, and the world.

21.     Upon information and belief, Defendant Henry is, or was, at all relevant times, the principal officer, owner, or member of Coco Lash and had a direct financial interest in the content and activities of the Coco Lash Instagram Page (including the activities alleged in this Complaint).

22.     Upon information and belief, at all relevant times Defendants Coco Lash and Henry had the ability to supervise and control all content the Coco Lash Instagram Page.

23.     Upon information and belief, the Defendants named in this Complaint (including Coco Lash and Henry) were at all relevant times acting as agents and alter egos for each other, with respect to the activities alleged in this Complaint, and are thus each jointly, severally, and personally liable for the debts and liabilities of each other with respect to the activities alleged in this Complaint.

### *Defendants' Willful Infringing Conduct*

24.     On or about January 12, 2023, O'Neill discovered his Flower

4

Photograph being used by Coco Lash on the Coco Lash Instagram Page to promote and portray results of what can be achieved with Coco Lash's waxing services, as well as to suggest potential clients make an appointment for a wax for great results.

25.    Attached hereto as Exhibit C are true and correct screenshots of the O'Neill Photograph as used on the Coco Lash Instagram Page.

26.    O'Neill did not provide consent to or authorize Defendants to use or display the Flower Photograph on the Coco Lash Instagram Page.

27.    In no event did O'Neill provide Defendants with a license to use or display the Flower Photograph in any manner.

28.    O'Neill is informed and believes Defendants (including their employees, agents, contractors, or others over whom they have responsibility and control) created an unauthorized copy of the Flower Photograph and caused it to be uploaded to and displayed on the Coco Lash Instagram Page.

29.    O'Neill is informed and believes Defendants (including their employees, agents, contractors, or others over whom they have responsibility and control) used, displayed, published, and otherwise held out to the public O'Neill's original and unique Flower Photograph in order to acquire a direct financial benefit from use of the Flower Photograph on the CoCo Lash Instagram Page.

30.    O'Neill has made several attempts to settle this case prior to the filing of this Complaint.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

31.    O'Neill incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

32.    O'Neill owns a valid copyright in the Flower Photograph.

33.    O'Neill registered the Flower Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

34.    Defendants (including their employees, agents, contractors or others

over whom they have responsibility and control) copied and displayed O'Neill's unique and original Flower Photograph without his consent or authorization in violation of 17 U.S.C. § 501.

35.    O'Neill is informed and believes and thereon alleges that Defendants willfully infringed upon his rights in his copyrighted Photograph in violation of Title 17 of the U.S. Code because, *inter alia,* Defendants knew, or should have known, they did not have a legitimate license to use the Photograph.

36.    As a result of Defendants' violations of Title 17 of the U.S. Code, O'Neill has sustained significant injury and irreparable harm.

37.    As a result of Defendants' violations of Title 17 of the U.S. Code, O'Neill is entitled to any actual damages and profits attributable to the infringement pursuant to 17 U.S.C. §504(b) or, at O'Neill's election, statutory damages in an amount up to $150,000 pursuant to 17 U.S.C. § 504(c).

38.    As a result of the Defendants' violations of Title 17 of the U.S. Code, the court, in its discretion, may allow the recovery of full costs from Defendants as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

39.    O'Neill is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants, jointly and severally, as follows:

- For a finding that Defendants infringed O'Neill's copyright interest in the Flower Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the copyright infringement, as provided by 17 U.S.C. § 504(b), in an amount to be proven or, in the alternative, and at Plaintiff's election, an award for statutory damages for copyright infringement, including willful infringement,

in accordance with 17 U.S.C. § 504(c);

- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendants from further infringement of all of O'Neill's copyrighted works pursuant to 17 U.S.C. § 502;

- For pre judgment and post judgment interests as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: April 14, 2023                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
IL Bar No. 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr. Suite #112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile
*Attorney for Plaintiff*

1

## **DEMAND FOR JURY TRIAL**

2      Plaintiff, Gavin O'Neill hereby demands a trial by jury in the above matter.

3

4    Dated: April 14, 2023                          Respectfully submitted,

5                                                   **/s/ Mathew K. Higbee**
                                                    Mathew K. Higbee, Esq.
6                                                   IL Bar No. 6319929
                                                    **HIGBEE & ASSOCIATES**
7                                                   1504 Brookhollow Dr. Suite #112
                                                    Santa Ana, CA 92705
8                                                   (714) 617-8350
                                                    (714) 597-6729 facsimile
9                                                   *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28